UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JASON BISHOP | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:19-cv-308-FL |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION and DEPARTMENT | ) | |
| OF JUSTICE | ) | |
|       Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 19, 2019, and for the reasons set forth more specifically therein, that this action is dismissed.

**This Judgment Filed and Entered on September 19, 2019, and Copies To:**
Jason Bishop  (via US mail) Central Regional Hospital, 300 Veazey Road, Butner, NC 27509

September 19, 2019              PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk